UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
                        Petitioners,

and

JUNG SUN LAUNDRY CORP.,
                        Respondent.

NOTICE OF PETITION

07 CIV. 2969 (SAS)

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq. duly verified the 11th day of April 2007, and the accompanying Memorandum of Law, the undersigned will Petition this court, before the Honorable Shira A. Scheindlin on the ___ day of _____ 2007, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross dated February 27, 2007, and granting the Petitioners judgment in the amount of $36,676.79 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: April 18, 2007
       New York, New York

Yours, etc.

Mark Schwartz, Esq. MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

To:    Jung Sun Laundry Corp.
        37-10 24th Street
        Long Island City, New York 11101