UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

JUNG SUN LAUNDRY CORP.,
Respondent.

**AFFIDAVIT OF SERVICE
07 CIV. 2969 (SAS)**

---

STATE OF NEW YORK     )
                      ) ss.
County of New York    )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On April 24, 2007, I served the Respondent herein with a copy of the signed Petition to Confirm Arbitration Award by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 37-10 24th Street, Long Island City, New York 11101 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 7008 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
15th day of May 2007

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!<br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>and<br><br>JUNG SUN LAUNDRY CORP.,<br>Respondent. | AFFIDAVIT OF SERVICE<br>07 CIV. 2969 (SAS) |

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On April 24, 2007, I served the Respondent herein with a copy of the signed Notice of Petition dated April 18, 2007 and the Memorandum of Law dated April 18, 2007 by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 37-10 24th Street, Long Island City, New York 11101 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 7008 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
15th day of May 2007

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009