UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Settion 12-n/5*

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
                                                    Petitioners,

and

JUNG SUN LAUNDRY CORP.,
                                                    Respondent.

**DEFAULT JUDGMENT**

**07 CIV. 2969 (SAS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/07_

The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners") having commenced the within action on April 13, 2007 by filing a Petition to Confirm the Arbitration Award of Philip Ross, dated February 27, 2007 (hereinafter, the "Petition") and Jung Sun Laundry Corp. (hereinafter, the "Respondent") having been duly served on April 24, 2007 with a copy of the Petition and copies of papers in support of the Petition by certified mail, return receipt requested and proofs of service having been filed on May 15, 2007 and Respondent having failed to appear, answer or otherwise move with respect to the Petition,

NOW, THEREFORE, upon application of the Petitioners and upon reading the annexed Affidavit of Mark Schwartz, Esq. duly sworn the 25th day of May 2007 and the Certificate of J. Michael McMahon, Clerk of Court, United States District Court for the Southern District of New York, noting the default of the above named Respondent for failure to appear, answer or otherwise move with respect to the Petition, it is hereby,

ORDERED AND ADJUDGED, that the Arbitration Award of Philip Ross, dated February 27, 2007, be confirmed; it is further,

ORDERED, ADJUDGED AND DECREED, that Petitioners have Judgment against Respondent on the Award in the principal amount of $36,676.79 together with interest from the date of the award to the date hereof in the amount of $1,312.32, and costs in the amount of $350.00, for a total Judgment of $38,339.11.

Dated: May 30, 2007
New York, New York

_____
Shira A. Scheindlin
United States District Court Judge

Exhibit C

Exhibit B

Exhibit A