UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
                                        Petitioners,

and

JUNG SUN LAUNDRY CORP.,
                                        Respondent.

FULL SATISFACTION OF
JUDGMENT # 07,1061

07 Civ. 2969 (SAS)

**WHEREAS**, a judgment was entered in the above-captioned proceeding on May 31, 2007, in the United States District Court for the Southern District of New York, as Judgment No. 07,1061, in favor of Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund UNITE HERE! (hereinafter, the "Petitioners"), and against Jung Sun Laundry Corp. (hereinafter, the "Respondent"), for the total amount of $38,339.11; and

**WHEREAS**, Judgment No. 07,1061 has been fully and completely satisfied and the sum of $0.00 remains unpaid, and it is certified that there is no outstanding execution with any Sheriff or Marshall; it is

**THEREFORE**, full and complete satisfaction of Judgment No. 07,1061 is hereby acknowledged, and the said Clerk is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said Judgment.

Dated: April 29, 2008
        New York, New York

                                                      Mark Schwartz, Esq., MS–0148
                                                      Attorney for Petitioners
                                                      730 Broadway, Tenth Floor
                                                      New York, New York 10003-9511
                                                      (212) 539-5275

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

On the 29th day of April 2008 before me, personally came Mark Schwartz, to me known and known to me to be the attorney of record for the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!, Petitioners in the above entitled proceeding, and to be the same person described in, and who executed the within Full Satisfaction of Judgment No. 07,1061 and acknowledged to me, that he executed the same in his capacity as attorney of record.

_____
Notary Pubic

SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires  9/18/2010